UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY RODRIGUEZ,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>JOHN HENLEY, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:24-cv-00182-MMD-CLB<br><br>ORDER |

Respondents have filed a motion for extension of time to file their response to Petitioner Jeffrey Rodriguez's petition. (ECF No. 10 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 10) is granted. Respondents have up to and including October 4, 2024 to file their response.

DATED THIS 25th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE