# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY RODRIGUEZ,<br><br>                Petitioner,<br>v.<br><br>JOHN HENLEY, *et al.*,<br><br>                Respondents. | Case No. 3:24-cv-00182-MMD-CLB<br><br>ORDER |

This habeas matter is before this Court on Petitioner Jeffrey Rodriguez's Motion for a Status Check. (ECF No. 12 ("Motion").) In his Motion, Rodriguez explains that he "has not received any electronic filings since . . . ECF No. 7 . . . and has grown concerned." (*Id.*) The Court informs Rodriguez that Respondents' response to his Petition is currently due on October 4, 2024. (*See* ECF No. 11.) Because it appears that Rodriguez has not received several filings, the Court instructs the Clerk of the Court to resend them to Rodriguez.

It is therefore ordered that the Motion (ECF No. 12) is granted. The Clerk of Court is directed to send Petitioner Jeffrey Rodriguez copies of ECF Nos. 8, 9, 10, and 11.

DATED THIS 18th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE