UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY RODRIGUEZ,<br><br>                  Petitioner,<br>v.<br><br>JOHN HENLEY, *et al.*,<br><br>                  Respondents. | Case No. 3:24-cv-00182-MMD-CLB<br><br>ORDER |

Respondents have filed a motion for extension of time to file their response to Petitioner Jeffrey Rodriguez's petition. (ECF No. 14 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 14) is granted. Respondents have up to and including December 16, 2024, to file their response.

DATED THIS 1st Day of October 2024.

                                      MIRANDA M. DU
                                      UNITED STATES DISTRICT JUDGE