1
2
3                    UNITED STATES DISTRICT COURT
4                         DISTRICT OF NEVADA
5                                * * *
6   JEFFREY RODRIGUEZ,                    Case No. 3:24-cv-00182-MMD-CLB
7                          Petitioner,              ORDER
8        v.
9   JOHN HENLEY, et al.,
10                        Respondents.
11
12        Respondents have filed a motion for a 60-day extension of time to file their
13   response to Petitioner Jeffrey Rodriguez's petition. (ECF No. 17 ("Motion").) This is
14   Respondents' third request for an extension of this deadline. The Court finds good cause
15   exists to grant the Motion, but it warns that future requests for an extension of this
16   deadline will be viewed unfavorably.
17        It is therefore ordered that the Motion (ECF No. 17) is granted. Respondents have
18   up to and including February 14, 2025, to file their response.
19        DATED THIS 13th Day of December 2024.
20
21
22   _____
     MIRANDA M. DU
23   UNITED STATES DISTRICT JUDGE
24
25
26
27
28