# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY RODRIGUEZ,<br><br>Petitioner,<br>v.<br><br>JOHN HENLEY, *et al.*,<br><br>Respondents. | Case No. 3:24-cv-00182-MMD-CLB<br><br>ORDER |

Petitioner Jeffrey Rodriguez has filed a motion for a 30-day extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 30 ("Motion").) This is Rodriguez's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 30) is granted. Rodriguez has up to and including March 31, 2025, to file his opposition.

DATED THIS 27th Day of February 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE