1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5                                * * *

6    JEFFREY RODRIGUEZ,                     Case No. 3:24-cv-00182-MMD-CLB

7                           Petitioner,                  ORDER
          v.
8

9    JOHN HENLEY, *et al.*,

10                         Respondents.

11

12         Respondents have filed a motion for a 57-day extension of time to file their reply

13   to their motion to dismiss. (ECF No. 34 ("Motion").) This is Respondents' first request for

14   an extension of this deadline. The Court finds good cause exists to grant the Motion.

15         It is therefore ordered that the Motion (ECF No. 34) is granted. Respondents have

16   up to and including May 27, 2025, to file their reply.

17         DATED THIS 31st Day of March 2025.

18

19

20         _____
           MIRANDA M. DU
21         UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28