UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY RODRIGUEZ,<br><br>　　　　　Petitioner,<br>　v.<br><br>JOHN HENLEY, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:24-cv-00182-MMD-CLB<br><br>ORDER |

Respondents have filed a motion for a 59-day extension of time to file their reply to their motion to dismiss. (ECF No. 37 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 37) is granted. Respondents have up to and including July 25, 2025, to file their reply.

DATED THIS 29th Day of May 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE